**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SAMUEL WARREN and** | : | **CIVIL ACTION NO. 1:04-CV-2798** |
| **OLANDIS WARREN,** | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **TOWNSHIP OF DERRY,** *et al.,* | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 28th day of December, 2005, upon consideration of plaintiff's unopposed motion to extend case management deadlines (Doc. 27), filed on December 22, 2005, it is hereby ORDERED that the following revised pretrial/trial schedule shall apply to this case:

| | |
|---|---|
| Jury Selection/Trial | July 10, 2006 at 9:30 a.m. |
| Fact Discovery | February 28, 2006 |
| Dispositive Motions & Supporting Briefs | March 15, 2006 |
| Motions in Limine & Supporting Briefs | June 1, 2006 |
| Pretrial Conference | June 22, 2006 at 10:00 a.m. |
| Pretrial Memoranda | June 15, 2006 by 12:00 p.m. |
| Plaintiffs' Expert Report(s) | March 15, 2006 |
| Defendants' Expert Report(s) | April 15, 2006 |
| Supplemental/Rebuttal Expert Report(s) | May 1, 2006 |
| Proposed Voir Dire Questions | June 22, 2006 |
| Proposed Jury Instructions | June 22, 2006 |

All other instructions and guidelines set forth in the initial case management order (Doc. 17) of May 2, 2005, shall remain in full force and effect.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge