# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL WARREN and OLANDIS WARREN,** | : | CIVIL ACTION NO. 1:04-CV-2798 |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **TOWNSHIP OF DERRY**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 26th day of July, 2006, upon consideration of plaintiffs' motion for a telephone conference (Doc. 53), it is hereby ORDERED that said motion is DENIED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge