# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL L. WARREN and OLANDIS WARREN, Plaintiffs | : : : NO. 1:CV-04-2798 |
| v. | : : JUDGE CONNER |
| TOWNSHIP OF DERRY; ET AL., Defendants | : : JURY TRIAL DEMANDED |

FILED
HARRISBURG
JUL 3 0 2007
MARY E. D'ANDREA, CLERK

## ORDER

AND NOW, this 30th day of July, 2007, upon consideration of the Joint Motion and Stipulation for Dismissal Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED and DECREED that said Joint Motion is GRANTED and this action is hereby dismissed with prejudice as to Defendants, Patrick O'Rourke, individually and in his official capacity; and Kenneth M. Shank, individually and in his official capacity, with each party hereto to bear its own expenses and fees.

BY THE COURT:

Christopher C. Conner
United States District Judge